Same case below, 372 Fed. Appx. 5.

Same case below, 383 Fed. Appx. 671.

**No. 10-6304. William F. Davis, III, Petitioner v. Raphael Williams, Warden, et al.**

562 U.S. 1046, 131 S. Ct. 599, 178 L. Ed. 2d 438, 2010 U.S. LEXIS 8914.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 354 Fed. Appx. 603.

**No. 10-6322. Stacey Ian Humphreys, Petitioner v. Georgia.**

562 U.S. 1046, 131 S. Ct. 599, 178 L. Ed. 2d 438, 2010 U.S. LEXIS 8958.

November 15, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 287 Ga. 63, 694 S.E.2d 316.

**No. 10-6332. Rodney Karl Blackwell, Petitioner v. Luella York.**

562 U.S. 1046, 131 S. Ct. 599, 178 L. Ed. 2d 438, 2010 U.S. LEXIS 8995.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6333. John Burton, Petitioner v. Spokane Police Department, et al.**

562 U.S. 1046, 131 S. Ct. 599, 178 L. Ed. 2d 438, 2010 U.S. LEXIS 8948.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6341. Gomez T. Cook, Petitioner v. Florida.**

562 U.S. 1046, 131 S. Ct. 599, 178 L. Ed. 2d 438, 2010 U.S. LEXIS 8860.

November 15, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 38 So. 3d 135.

**No. 10-6342. Roger Steven McCarty, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1046, 131 S. Ct. 599, 178 L. Ed. 2d 438, 2010 U.S. LEXIS 8928.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 376 Fed. Appx. 442.

**No. 10-6345. Almyr Guimaraes, Petitioner v. National Opinion Research Services (NORS), et al.**

562 U.S. 1046, 131 S. Ct. 600, 178 L. Ed. 2d 438, 2010 U.S. LEXIS 8846.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 366 Fed. Appx. 51.